# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00497-CR

**Jesse Wyatt Vickers, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 26TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 18-2212-K26, THE HONORABLE DONNA GAYLE KING, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Jesse Wyatt Vickers filed his notice of appeal on October 1, 2021. The reporter's record was due on November 22, 2021. On reporter's request(s), the time for filing was extended to February 22, 2022. On February 22, 2022, Ms. Cindy Kocher requested a third extension of time. We order Ms. Kocher to file the reporter's record in this cause no later than March 22, 2022. *See* Tex. R. App. P. 37.3(a). Failure to file the record will result in Ms. Kocher being called before the Court to show cause why she should not be held in contempt of this order.

It is ordered on February 25, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith

Do Not Publish